**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 25-6460**

———————

MARCUS ANTONIO SATTERFIELD,

      Plaintiff - Appellant,

    v.

OFFICER SCHUSTER; MICHAEL T. HAWKINS; JONNY SPEARMAN; JACOBS RAEFORD; PATRICIA A. ALSTON; SGT. MCCALLISTER,

      Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:25-ct-03080-D)

———————

Submitted:  September 18, 2025           Decided:  September 23, 2025

———————

Before THACKER and BENJAMIN, Circuit Judges, and TRAXLER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Marcus Antonio Satterfield, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Marcus Antonio Satterfield appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. § 1915A(b).[*]  We have reviewed the record and find no reversible error in the district court's determination that Satterfield failed to plausibly allege a violation of his constitutional rights and its decision to decline to exercise supplemental jurisdiction over any remaining state law claims. Accordingly, we affirm the district court's judgment.  *Satterfield v. Schuster*, No. 5:25-ct-03080-D (E.D.N.C. May 27, 2025).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] The district court's order is final and appealable because the court did not grant leave to amend. *Britt v. DeJoy*, 45 F.4th 790, 796 (4th Cir. 2022) (en banc) (order).